UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBEL S. GEBREMEDHIU,<br><br>　　　　　Defendant. | CASE NO.   CR06-26-RSL<br><br>DETENTION ORDER |

Offenses charged:

　　　　Count 1:　Conspiracy to Distribute Cocaine Base

　　　　Count 35: Possession of Cocaine Base with Intent to Distribute

Date of Detention Hearing: March 15, 2006

　　　　The Court, having conducted contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Todd Green berg. The defendant was represented by Walter Palmer. The proceedings were recorded on disk.

DETENTION ORDER
PAGE -1-

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

There is probable cause to believe the defendant committed two drug offenses. The maximum penalties are in excess of ten years. There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e). Nothing in this record satisfactorily rebuts the presumption against release for several reasons:

(1) Defendant was under the supervision of the Department of Corrections when alleged crime occurred.

(2) Defendant's criminal history includes violent offenses.

(3) Defendant is currently under investigation for a series of four unsolved drive-by shootings in August, 2005 in which he is identified as the shooter. Seizure of a weapon linked to the defendant also appears to corroborate his role as the shooter.

(4) Based upon the foregoing information, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l) The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for

the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of March, 2006.

*/s/ M. J. Benton*
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-